UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KIRSTIN ELIZABETH MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-164 |
| | ) | |
| DEPARTMENT OF THE TREASURY, *d/b/a*, IRS FOR PROFIT GENERAL DELAWARE CORPORATION | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

*By jburrell at 2:12 pm, Jul 31, 2018*

# **REPORT AND RECOMMENDATION**

This case should be dismissed without prejudice because plaintiff has failed to either pay the Court's filing fee or move to proceed *in forma pauperis*. Doc. 2 (Notice of Filing Fee Deficiency); *see* L.R. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Mack has also failed to keep the Court apprised of her current address, as the Clerk's notice has been returned by the Postal Service as "undeliverable." Doc. 3. Per Local Rule 11.1, it

was her continuing duty to keep the Court apprised of her current address. Without it, the Court cannot move this case forward or even communicate with plaintiff.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 31st day of July, 2018.

_/s/ J. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA