IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KRISTIN ELIZABETH MACK, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-164
)
DEPARTMENT OF THE TREASURY )
d/b/a IRS FOR PROFIT GENERAL )
DELAWARE CORPORATION, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's Motion for Declaratory Judgment (Doc. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of August 2018.

                                         _____
                                         WILLIAM T. MOORE, JR.
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA