# United States District Court
## Southern District of Georgia

KRISTIN ELIZABETH MACK,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18CV-164

DEPARTMENT OF THE TREASURY
d/b/a IRS FOR PROFIT GENERAL DELAWARE CORPORATION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 20, 2018, adopting the U.S. Magistrate Judge's Report and Recommendation, this case is dismissed without prejudice. This case stands Closed.

August 20, 2018
*Date*



t L. Poff

(By) Deputy Clerk